# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2373
LT Case No. 1997-CF-30212-A

_____

DANA ALAN PEACOCK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Dana Alan Peacock, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____